[No. 64036-4-I.   Division One.   August 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN PARMELEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07183-6, Michael J. Fox, J., entered July 28, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Schindler, JJ.

[No. 64218-9-I.   Division One.   August 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LANDON HOOD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04206-0, Michael Hayden, J., entered August 26, 2009. *Affirmed* by unpublished per curiam opinion.

[No. 64390-8-I.   Division One.   August 16, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL WAYNE DANCER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12419-0, Sharon S. Armstrong, J., entered September 29, 2009. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 64934-5-I.   Division One.   August 16, 2010.]

BENJAPON SAKKARAPOPE, *Appellant*, v. WASHINGTON STATE UNIVERSITY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-00885-9, Wm. Thomas McPhee, J., entered June 26, 2009. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, A.C.J., and Cox, J.